IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDMOND MCCLINTON,                                                                           PETITIONER
ADC # 107846,

v.                                   5:15CV00374-SWW-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

Mr. McClinton, an inmate in the Cummins Unit of the Arkansas Department of Correction, has filed a *pro se* Petition for a Writ of Habeas Corpus. (Doc. No. 1.)  However, he has not paid the $5.00 filing fee, nor has he filed a proper and complete Application to Proceed Without Prepayment of Fees and Affidavit.  Mr. McClinton is, therefore, directed to submit within thirty days from the entry date of this Order either the $5.00 filing fee or a proper and complete Application with calculation sheet and certified copy of his trust fund account statement for the preceding six months. Mr. McClinton's failure to comply with this Order may result in the dismissal of his case without prejudice.[1]  The Clerk of the Court shall mail to Mr. McClinton an Application to Proceed Without Prepayment of Fees and calculation sheet. The Clerk shall also modify the docket to reflect the correct spelling of Ms. Kelley's name.

SO ORDERED this 1st day of December, 2015.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."